No 618.   THE UNITED STATES EX REL. FRANK B. EDWARDS,
LIEUTENANT OF ARTILLERY, UNITED STATES ARMY, PETITIONER, *v.* ELIHU ROOT, SECRETARY OF WAR, ET AL.   April 4,

674 ·     -     OCTOBER TERM, 1903.

Cases Disposed of Without Consideration by the Court. 193 U. S.

1904. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Joseph W. Catharine* for petitioner. *The Attorney General* and *Mr. Solicitor General Hoyt* for respondents.